AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICHOLAS A. FUENTES, III,

    *Plaintiff*

v.

JAMES KEY,

    *Defendant*

Civil Action No. 2:19-CV-410-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Construed Motion to Substitute the Proper Respondent (ECF No. 14) is GRANTED. The Respondent, Donald Holbrook, is terminated and James Key is added. This action is DISMISSED with prejudice as time barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson .

Date: 6/9/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
    *(By) Deputy Clerk*
Lennie Rasmussen